**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA**

      **Plaintiff,**　　　　　　　　　　　　Cause No. 2-25-mj-00867-gjf-1

v.

**NANCY ANN CANO,**

      **Defendant.**

**ENTRY OF APPEARANCE**

    **COMES NOW** William L. Lutz and David P. Lutz of Martin & Lutz P.C.

And hereby enters their appearance on behalf of the defendant in the above cause.

                                                   MARTIN & LUTZ, P.C.

                                                   By: _/s/ William L. Lutz_
                                                         William L. Lutz
                                                         *Attorney for Defendant*
                                                         P. O. Drawer 1837
                                                         Las Cruces, NM 88004
                                                         (575) 526-2449
                                                         wlutz@qwestoffice.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2025, a copy of Entry of Appearance will be hand delivered to the U.S. Attorney's Office

                                                                             _/s/_
                                                                                 Willaim L. Lutz