# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

       vs.         Case Number: 25-MJ-867-GJF

NANCY ANN CANO,

   Defendant.

## ORDER CONTINUING TIME FOR DEADLINE OF GRAND JURY PRESENTMENT

This matter is before the Court on Defendant's Unopposed Motion to Continue Deadline for Grand Jury Presentment. There being good cause shown by the Defendant and there being no objection by the Government, the Court finds the motion is well taken and should be granted.

   IT IS HEREBY ORDERED that the Government's deadline for grand jury presentment is extended by sixty (60) days. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by allowing this continuance outweigh the best interest of the public and the defendant in a speedy indictment. The Court further find that the requirements set forth in *United States v. Toombs*, 574. F3d 1262(10th Cir.2009) have been satisfied.

_____
GREGORY J. FOURATT
U. S. MAGISTRATE JUDGE